**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SAMUEL P. MARTINEZ, | Case No.: 1:13-cv-01038-GSA |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation filed on November 13, 2013 (Doc. 11), the above captioned matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses. Fed. R. Civ. P. 41(a)(1)(A) and (2). The Clerk of the Court is directed to close this case.

Date :  November 14, 2013              **/s/ Gary S. Austin**
                                       The Honorable Gary S. Austin
                                       United States Magistrate